# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LANCE KERR,**

                **Plaintiff,**

**-vs-**                                                         **Case No. 6:07-cv-1441-Orl-19KRS**

**POWERPLAY ARCADE, INC., CIRO POMA,**

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Doc. No. 8)** |
| **FILED:** | **October 5, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id.* at 1353.

October 23, 2007, I held a hearing to consider Plaintiff Lance Kerr's notice of dismissal of the case without prejudice. At the hearing, Kerr's counsel indicated that no settlement of the case has

been reached. Rather, Kerr no longer wishes to proceed in this case because he has returned to employment with Defendant Powerplay Arcade, Inc. As there has been no settlement or resolution of claims under the FLSA in this case, the Court need not consider a settlement for fairness. Because the case is being dismissed without prejudice, there will be no final adjudication on the merits of Kerr's claim if the case is dismissed.

Accordingly, I respectfully recommend that the Court approve Kerr's notice of voluntary dismissal, doc. no. 8, and dismiss the case without prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 24, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy