**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LANCE KERR,

      Plaintiff,

vs.                                          CASE NO. 6:07-CV-1441-ORL-19KRS

POWERPLAY ARCADE, INC.,
CIRO POMA,

      Defendants.

_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed October 24, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 11) is **ADOPTED and AFFIRMED.** The Notice of Voluntary Dismissal Without Prejudice (Doc. No. 8, filed October 5, 2007) is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of the Court is directed to close this file after an order of dismissal is entered.

**DONE AND ORDERED** at Orlando, Florida, this   6th   day of November, 2007.

_[signature]_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record